

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: | Case No.: | 17-31896 |
| George F. Manos | Chapter: | 7 |
| | Judge: | KCF |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS


The relief set forth on the following page is **ORDERED**.


Date: November 14, 2017                Kathryn C Ferguson
                                       Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____

or to the List of Creditors on __November 13, 2017__ that:

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or

party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days

after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not

later than 14 days after the date of this Order, the following:

1.    A copy of the applicable *Notice of Chapter* _____ *Bankruptcy Case,* and

2.    In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or
      the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the

debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above

requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                            Case No. 17-31896-KCF
George F. Manos                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin           Page 1 of 1          Date Rcvd: Nov 14, 2017
                             Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db             +George F. Manos,   7 Peppermill Lane,   Colts Neck, NJ 07722-2010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                         TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
          Eric  Clayman    on behalf of Debtor George F. Manos jenkins.clayman@verizon.net
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, N.A., et. al.
           rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor George F. Manos jenkins.clayman@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 5
```