## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-31896 |
| George F. Manos | Chapter: | 7 |
| | Judge: | KCF |

### NOTICE OF PROPOSED ABANDONMENT

On 12/28/17, John M. McDonnell, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 6, 2018__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  7 Peppermill Lane, Colts Neck, NJ 07722 - $400,000

Liens on property:  $600,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | John M. McDonnell |
| Address: | 115 Maple Ave., Red Bank, NJ 07701 |
| Telephone No.: | (732) 383-7233 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 17-31896-KCF
George F. Manos                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 29, 2017
                              Form ID: pdf905       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db          +George F. Manos,    7 Peppermill Lane,    Colts Neck, NJ 07722-2010
517147881   +SPS,   c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517147882    State of New Jersey,   Division of Taxation,   PO Box 445,   Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:44     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:40     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517147880    E-mail/Text: cio.bncmail@irs.gov Dec 29 2017 22:59:11     IRS,    PO Box 7346,
              Philadelphia, PA 19101-7346
                                                                                      TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
          Eric  Clayman    on behalf of Debtor George F. Manos jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor George F. Manos jenkins.clayman@verizon.net,
            jenkins.clayman@verizon.net
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, N.A., et. al.
            rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor George F. Manos jenkins.clayman@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6